IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00075-WYD-KLM

LONNY C. LOW,

    Plaintiff(s),

v.

NAUTILUS, INC., a domesticated Washington Corporation,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Vacate and Reset Settlement Conference and Vacate and Reset Order RE: Confidential Settlement Proposals [Docket No. 17, Filed November 21, 2007] (the "motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The Settlement Conference set by Scheduling Order [Docket No. 16] in this case for December 4, 2007 at 1:30 p.m. is **vacated** and **RESET** to **March 4, 2008 at 1:30 p.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **February 26, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Alfred A. Arraj U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

    Anyone seeking entry into the Alfred A. Arraj United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: November 23, 2007