IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00075-WYD-KLM

LONNY C. LOW,

    Plaintiff(s),

v.

NAUTILUS, INC., a domesticated Washington Corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Amend Complaint and Add Party Defendants with Authorities [Docket No. 22; January 29, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Plaintiff failed to comply with D.C. Colo. L. Civ. R. 7.1A in that he failed to confer or make "reasonable good-faith efforts to confer with opposing counsel . . . to resolve the disputed matter." Plaintiff is directed to confer with opposing counsel regarding his specific request for relief and provide the appropriate certification in all future motions.

Dated: January 30, 2008