IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00075-WYD-KLM

LONNY C. LOW,

    Plaintiff(s),

v.

NAUTILUS, INC., a domesticated Washington Corporation,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Amend Complaint and Add Party Defendants with Authorities [Docket No. 25; February 28, 2008] (the "Motion"). The parties reached a settlement at the Settlement Conference held on March 4, 2008 [Docket No. 27]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

Dated: March 19, 2008