IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00075-WYD-KLM

LONNY C. LOW,

    Plaintiff,

v.

NAUTILUS, INC., a domesticated Washington Corporation,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, having reviewed the Stipulation and being fully advised in its premises, it is hereby

ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own cost and fees.

    Dated: April 7, 2008

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            U. S. District Judge